In the Matter of the Application of MARY C. DONELIN and Others, Petitioners, Appellants, for an Order against PAUL J. KERN, President, and Others, as Members of and Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

GEORGE THOMS, Respondent, v. PERCY ADAMSON, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. The bill of particulars to be served within thirty days after service of order. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

DAVID LEFF and M. LABENSKY, INC., Respondents, v. LOUIS J. MARSCHARK and Others, Defendants, Impleaded with BERNARD N. LABENSKY, Appellant.— Order, so far as appealed from, unanimously modified to the extent of granting item 21, without limitation, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

ISAAC T. FLATTO, Appellant, v. ROBERT H. ELDER and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

HENRY SCHMIDT, JR., Respondent, v. FRANCES M. SCHMIDT, Appellant.— Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.; Martin, P. J., and Untermyer, J., dissent and vote to reverse and grant the motion.

In the Matter of the Application of GASTON A. NEUHUT and Others, Copartners, etc., Petitioners, Appellants, to Stay LAWRENCE I. LEVY from Proceeding with the Action Instituted by Said LAWRENCE I. LEVY against Petitioners in the Municipal Court of the City of New York, Borough of Manhattan, First District. LAWRENCE I. LEVY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

BESSIE C. H. GOODMAN, Respondent, v. WILLIAM GOODMAN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.